# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ERNESTO MAJARES,<br>*Plaintiff*<br>v.<br>YAKIMA COUNTY AND YAKIMA DEPARTMENT OF ASSIGNED COUNSEL/PROSECUTORS OFFICE,<br>*Defendant* | )<br>)<br>)  Civil Action No.  13-CV-3085-JTR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The action is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  for failure to comply with the filing fee provisions of 28 U.S.C. §§ 1914(a) and 1915(b).

Date:  December 18, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen